IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOSEPH MARTINEZ, | No. C 03-3616 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| SILVIA GARCIA, Warden, | |
| Respondent. | |

The court having entered a ruling today denying petitioner's habeas petition, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: March 21, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.03\MARTINEZ616.JUD