IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOSEPH MARTINEZ, | No. C 03-3616 WHA (PR) |
| Petitioner, | **DENIAL OF CERTIFICATE OF APPEALABILITY** |
| vs. | |
| SILVIA GARCIA, Warden, | |
| Respondent. | |
| _____ / | |

This is a habeas case under 28 U.S.C. § 2254 filed pro se by a state prisoner. The petition was denied on the merits. Petitioner has filed a notice of appeal, a motion for appointment of counsel, and a motion for a certificate of appealability.

A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. *See id.* § 2253(c)(3). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000).

Petitioner's claims could not succeed if the facts were as they were found by the superior court after an evidentiary hearing on a state habeas petition. Plaintiff failed to produce any

1     evidence to overcome the superior court's findings. Given this, the outcome was not debatable

2     by jurists of reason. The motion for a certificate of appealability (doc 21) is **DENIED**.

3        Petitioner has moved for appointment of counsel on appeal. The motion should be

4     directed to the court of appeals. The motion here (doc 20) is **DENIED**.

5        The clerk shall transmit the file, including a copy of this order, to the Court of Appeals.

6     *See* Fed. R.App.P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).[1]

7     **IT IS SO ORDERED.**

8     Dated: April ____17____, 2006.

                                        WILLIAM ALSUP

9                                       UNITED STATES DISTRICT JUDGE

26     G:\PRO-SE\WHA\HC.03\MARTINEZ616.COA

---

28     [1] Petitioner may then ask the Court of Appeals to issue the certificate, *see* R.App.P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, *see* R.App.P. 22(b)(2).