**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                               415.522.2000

April 1, 2008

CASE NUMBER:   **CV 03-03616 WHA**
CASE TITLE:   **Martinez-v- Garcia**
DATE MANDATE FILED:   03/31/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by:  Susan Imbriani
Case Systems Administrator

Distribution:   CIVIL          -          Counsel of Record

CRIMINAL    -          Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16